IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,

vs.                                 : CIVIL NO:

JEFFREY MARABLE, MD,

       Defendant.

## COMPLAINT

Now comes the United States of America, by and through its legal representative, the United States Attorney for the Southern District of Ohio, and for its cause of action alleges:

    1.      Jurisdiction is founded on 28 U.S.C. Section 1345.

    2.      Defendant resides within this judicial district and division.

    3.      On the date(s) set forth on the attached "Exhibit A", defendant executed and delivered one or more promissory notes, totaling $94,566.33, and agreed to repay said sum as set forth in said note(s). A true copy of each said note is attached hereto, marked as "Exhibit A", and by this reference made a part hereof.

    4.      Although payment has been demanded, payment has not been made by the defendant in accordance with the terms of said note(s) and the entire balance has become due and payable.

5. After all payments on said note(s) have been properly credited, the entire unpaid balance due and owing to plaintiff from defendant is $107,597.97 principal, and $1,262.07 interest accrued through June 27, 2012, with additional interest accruing on the principal balance from said date at the rate of 3.125 percent per annum, all of which is evidenced by the Certificate of Indebtedness which is attached hereto, marked as "Exhibit B", and by this reference made a part hereof.

WHEREFORE, plaintiff prays for judgment against defendant in the amount of $108,860.04 ($107,597.97 principal, and $1,262.07 interest) accrued through June 27, 2012, and additional interest on the principal balance from said date at the rate of 3.125 percent per annum to the date of judgment. Plaintiff further prays for its costs and for an award of postjudgment interest at the highest rate allowable by law, and for all further just and proper orders.

Respectfully submitted,

CARTER M. STEWART
United States Attorney

BETHANY J. HAMILTON (0075139)
Assistant United States Attorney
Attorney for Plaintiff
303 Marconi Boulevard
Suite 200
Columbus, Ohio 43215
(614) 469-5715
Fax: (614) 469-5240
Bethany.Hamilton@usdoj.gov