**SallieMae**
Student Loan Marketing Association
HEAL Relief Origination Center
P.O. Box 1304
Merrifield, Virginia 22116-1304

The *HEAL Relief* Account

Questions? Call 1-800-643-0040

# Promissory Note

FEB 24 1995

Before you sign your Sallie Mae HEAL Relief Promissory Note, please read and understand the borrower rights and responsibilities. Please use a black ink ballpoint pen. Please review all information on your HEAL Relief promissory note. When it is complete, detach the top copy and forward it to the HEAL Relief Origination Center. Keep the copy marked "Applicant Copy" for your records.

MARADLE, JEFFEREY                          02/02/95

## HEAL DEBT TO WHICH THIS PROMISSORY NOTE IS APPLICABLE (LISTED BY HOLDER)

| CREDITOR /HOLDER NAME | PAYOFF BALANCES PER HOLDER |
|---|---|
| SALLIEMAE - LSCVH | $94,566.33 |
| | |
| | |
| | |
| | |
| | |
| TOTAL HEAL DEBT TO BE CONSOLIDATED | $94,566.33 |

**WARNING:** Any person who knowingly makes a false statement or misrepresentation in a HEAL loan transaction, bribes or attempts to bribe a Federal official, fraudulently obtains a HEAL loan, or commits any other illegal action in connection with a HEAL loan is subject to possible fine and imprisonment under Federal statute.

**NOTICE:** If the borrower is a minor and this Note would not, under applicable State law, create a binding obligation, the lender may require an endorser also to sign this Note.

Please read the "PROMISE TO PAY" and the "BORROWERS RIGHTS AND RESPONSIBILITIES" carefully. Do NOT make any alterations for such alterations will nullify the terms and agreements of the Note. This is a legally binding contract. Sign and date the promissory note in ink.

### Promise To Pay/Promissory Note (Please read and sign where indicated.)

I promise to pay to the Student Loan Marketing Association, or a subsequent holder of this Promissory Note ("Lender"), all sums disbursed (hereinafter "Loan") under the terms of this Note to discharge my prior loan obligations, plus interest and other fees which may become due as provided in this Note. If I fail to make payments on this Note when due, I will also pay reasonable collection costs, including attorney's fees, court costs and late fees. The terms of this Note shall be interpreted according to the law (42 U.S.C. 292-292p) and the Federal Regulations (42 CFR Part 60) governing the administration of the Health Education Assistance Loan (HEAL) Program, copies of which are on file with the lender and the Secretary. I understand that the amount of the loan will be based on the payoff balance(s) as provided by the lender(s) individually of loans being consolidated. I agree that all proceeds from this loan will be used solely to repay existing HEAL loans.

I understand that this is a Promissory Note and this Note supersedes all previous Promissory Notes used with the consolidation of my prior HEAL debt. I will not sign this Note before reading it, including the writing on the reverse side, even if otherwise advised. My signature certifies that I have read, understand and agree to the terms and conditions, including the "Borrowers Rights and Responsibilities," printed on the reverse side of this Promissory Note. I acknowledge that I have received, read and understand the provisions of the Note, as set forth on all pages of this document.

APPLICANT SIGNATURE _____ DATE 2/21/95 SOC. SEC. NO. _____

**PLEASE REMEMBER: UNTIL YOU HAVE BEEN NOTIFIED THAT YOUR HEAL RELIEF ACCOUNT HAS BEEN APPROVED, YOU MUST MAKE PAYMENTS AS DUE ON EACH OF THE LOANS TO BE CONSOLIDATED.**

The Lender and I further understand and agree

**NOTIFICATION**
I must immediately notify the lender (in this Note, the term "lender" includes a subsequent holder of this Note) in writing if any of the following occurs or are broken: the loan is repaid in full; 1) change of address, 2) name change (e.g., maiden name to married name), 3) failure to begin any or every eligible for deferment status, 4) termination of professional status or an eligible for deferment status.

**INTEREST**
1. Beginning on the day the loan is disbursed, interest shall accrue. Payment of the interest according before the beginning of the repayment period may by postponed while the loan upon which repayments of principal is required to begin or to resume. Interest which has accrued and is not paid may for added to the principal of the note at least as frequently then every 12 months. By electing when the repayment period commences, interest that is due and be paid as set forth in the Repayment Schedule when the lender shall capitalize and provide to me interest that is not paid shall be added to the principal sum of this Note annually.
2. Interest shall accrue and be payable at a yearly rate of interest which may not exceed a variable rate calculated in the Secretary of the Department of Health and Human Services for each calendar quarter and computed by determining the average of the bond equivalent rates for the most recent auctions of 52-week U.S. Treasury bills, rounding that figure up to the nearest one-eighth of one percent. The rate of interest applied to the Note shall be the sum of the U.S. Treasury bill auctioned during the preceding quarter, plus three percent, rounding this figure up to the nearest one-eighth of one percent.
3. Any change in the quarterly rate of interest will affect the monthly payment amount, and may affect the number of payments or the amount due at maturity.
4. I understand you will reduce the interest rate by 1/4 of a per cent per cent during any period installment payments are made by direct debit through my financial institution eligible to make automated clearing house payments. This reduction will terminate at such time I payment in the full amount due or put actually made for any reason (such as, for example, insufficient funds in my bank account), or a loan enters into any forbearance, deferment, or grace period, or Bank is no eligible to make automated clearing house payments, or I cancel the payment arrangement.
5. I understand you will permanently reduce the interest rate by 1/2 of one per cent if and when your receive the first 48 scheduled installment payments on this Note in full on or prior to their due dates.

**PREPAYMENT**
I may, at my option and without penalty, prepay all or any part of the unpaid principal and accrued interest at any time.

**REPAYMENT**
1. Repayment will be made in monthly installments over a repayment period which starts the first day of the month after the disbursement of this loan.

GOVERNMENT EXHIBIT
A

**CREDIT REPORTING AGENCY**

**LATE CHARGE**

**DEFERMENT**

**DEATH/DISABILITY**

**FORBEARANCE**

**DEFAULT**

**BANKRUPTCY**

**BORROWER'S RIGHTS**

**BORROWER'S RESPONSIBILITIES**

| 1. Last Name | First Name | Middle Initial | 1a. Former Name (e.g., maiden name) | 2. Social Security Number |
|---|---|---|---|---|
| MARABLE | Jeffrey | | | |

| 3. Permanent Street Address | | | 4. Day Telephone Number | 5. Evening Telephone Number |
|---|---|---|---|---|
| City | State | Zip | 6. Date of Birth (month/day/year) | 7. Driver's License Number |

| 8. Employer (Name) | Address | | | 9. Major Course of Study Code (see instructions) |
|---|---|---|---|---|
| Beth Israel Medical Center | 1st Ave 16th Street | | | MED |
| City | State | Zip | 10. Graduation Date or Less than Full-Time Date | 11. Grace End Date (if applicable) |
| NY | NY | 10003 | 6/94 | 3/30/95 |

| 12. Are you delinquent on the repayment of any Federal Debt? ☐ Yes ☒ No | 13. Citizenship Status ☒ A. U.S. Citizen ☐ B. U.S. National | ☐ C. U.S. Permanent Resident ☐ D. Other | Registration # _____ Country of Citizenship _____ |
|---|---|---|---|

| 14a. Name | 14b. Name | 14c. Name |
|---|---|---|
| Ophelia MARABLE | Barbara MARABLE | Michelle Tejada |
| Relationship to Borrower | Relationship to Borrower | Relationship to Borrower |
| Wife | Mother | Sister |
| Permanent Address | Permanent Address | Permanent Address |
| City, State, Zip Code | City, State, Zip Code | City, State, Zip Code |
| Area Code & Telephone Number | Area Code & Telephone Number | Area Code & Telephone Number |

| 15. Name and Address of Current Holder | 16. Account Number | 17. Original Principal Balance | 18. Interest Rate | 19. 1st Disbursement Month/Year | 20. Current Balance |
|---|---|---|---|---|---|
| Sallie Mae PO Box 1663 Merifield VA 22116 | | 10,000 | 6.25 | 9/86 | 15,355.35 |
| Sallie Mae PO Box 1663 Merifield VA | | 8,000 | 6.25 | 1/87 | 13,743.50 |
| Sallie Mae PO Box 1663 Merifield VA | | 16,000 | 6.25 | 7/87 | 24,912.03 |
| Sallie Mae PO Box 1663 Merifield VA | | 1500 | 6.25 | 12/87 | 369.84 |
| Sallie Mae PO Box 1663 Merifield VA | | 18,000 | 6.25 | 8/88 | 19,028.38 |
| Sallie Mae PO Box 1663 Merifield VA | | 10,000 | 6.25 | 6/89 | 10,639.45 |

| 21. ☐ I choose GRADUATED REPAYMENT OPTION 1 (50% interest payments in year 1 and 75% interest payments for year 2 followed by payment step-ups in years 3-5, level payments beginning in year 6.) | ☒ I choose GRADUATED REPAYMENT OPTION 2 (75% interest payments for year 1 and 85% interest payments for year 2 followed by payment step-ups in years 3-5, level payments beginning in year 6.) | ☐ I choose a LEVEL Repayment Plan (level principal and interest payments over the life of the loan.) |
|---|---|---|